M. P. No. 1716. HENRY S. JOYCE *v.* ZONING BOARD OF REVIEW, EAST PROVIDENCE. Motion of Court to dismiss appeal for lack of

prosecution in compliance with Rule 15 ganted. *Levy, Carroll, Jacobs & Kelly, Ambrose W. Carroll,* for petitioner. *Stephen R. Walsh,* City Solicitor, for respondent.